Reset Form

RECEIVED

JUN 23 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court

For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RAHMI KAYA, Derivatively on Behalf of
Nominal Defendant JUNIPER
NETWORKS

Plaintiff(s),

v.

MARCEL GANI, STEVEN HALEY,
WILLIAM R. HEARST III, SCOTT
KRIENS, STRATTON SCLAVOS,
PRADEEP SINDHU et al

Defendant(s).                    /

CASE NO. C-06-3452 -JW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

William B. Federman , an active member in good standing of the bar of
Oklahoma, Texas and New York,
(particular court to which applicant is admitted) whose business address and telephone number

is   120 North Robinson, Suite 2720, Oklahoma City, Oklahoma, 73102,

(405) 235-1560

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing   Rayhmi Kaya, Plaintiff.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated: JUN 2 8 2006
       June 13, 2006

*James Ware*

United States Magistrate Judge