ORIGINAL

RECEIVED
06 AUG 17 PM 2:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RAHMI KAYA, Derivatively on Behalf of
Nominal Defendant JUNIPER NETWORKS INC.
Plaintiff(s),

v.

MARCEL GANI, et al.

CASE NO.   C 06-3452 MJJ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Sara E. Collier , an active member in good standing of the bar of Oklahoma , whose business address and telephone number is Federman & Sherwood 120 North Robinson, Suite 2720, Oklahoma City, OK 73103, Telephone: (405) 235-1560 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Rahmi Kaya .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/21/06

_____
Honorable Martin J. Jenkins
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAYA et al,

        Plaintiff,

v.

GANI et al,

        Defendant.

Case Number: CV06-03452 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sara E. Collier
120 North Robinson, Suite 2720
Oklahoma City, OK 73103

Dated: August 22, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk